The parties' Letter Motion (ECF No. 17) is GRANTED. Within 14 days following entry of an order by the Court pursuant to the PSLRA selecting Lead Plaintiff and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto. Until such submission, Defendants shall not be required to answer or otherwise respond to the Complaint.

SO ORDERED.
Dated: July 8, 2025    *Stewart D. Aaron*

**WILMERHALE**

July 7, 2025

**Via ECF**

**Michael G. Bongiorno**

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Re: ***Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund v. Reckitt Benckiser Group plc et al.*, 1:25-cv-04708-JPC-SDA (S.D.N.Y.)**

Dear Magistrate Judge Aaron:

Pursuant to Your Honor's Individual Rules and Practices Rule I.C., the parties jointly request that defendants' deadline to respond to the Complaint for Violations of the Federal Securities Laws (the "Complaint") be continued on the terms described herein.  There have been no previous requests for an extension of time to respond to the Complaint.

Plaintiff filed the Complaint on June 5, 2025.  On June 23, 2025, Reckitt Benckiser Group plc ("Reckitt") waived service of the summons and Complaint, such that the current deadline for Reckitt to respond to the Complaint is August 22, 2025.  On June 25, 2025, Plaintiff filed affidavits of service of the summons and Complaint, which assert that, on June 18, 2025, service was effected on individual defendants Laxman Narasimhan, Nicandro Durante, Kristoffer Loe Licht, Patrick Sly, and Jeffry Carr by serving a company employee located at "Reckitt Benckiser, LLC, 399 Interplace Parkway, Parsippany, NJ 07054."  If service was proper, the deadline for those individuals to respond to the Complaint in this action would be July 9, 2025.[1]

The Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 on behalf of a putative class.  Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a lead plaintiff and lead counsel will be appointed to pursue the alleged class claims and putative class members are entitled to file motions seeking appointment as lead plaintiff within sixty days of a plaintiff publishing notice of the pendency of the action (*see* 15 U.S.C. § 78u 4(a)(2)(A)).  Because Plaintiff published notice of the pendency of this action on June 5, 2025, the statutory deadline for putative class members to file lead plaintiff motions is August 4, 2025.

---

[1] Defendants do not concede that service was properly effected on the individual defendants (some of whom are no longer Reckitt employees) by serving a Reckitt employee.  However, without waiver of any rights, the parties submit that entry of the schedule set forth herein will afford time for the parties to confer and determine whether any issue exists as to service.

WILMERHALE

Magistrate Judge Aaron
July 7, 2025
Page 2

The parties anticipate that, following the statutory lead plaintiff process, the appointed lead plaintiff(s) ("Lead Plaintiff") and approved lead counsel ("Lead Counsel") will file an amended or consolidated complaint.  The parties have therefore agreed to the below schedule that extends defendants' time to respond to the Complaint until after a Lead Plaintiff has been appointed and an amended or consolidated complaint has been filed.

The undersigned parties, subject to the Court's approval, have agreed as follows: (1) defendants shall not be required to answer or otherwise respond to the Complaint; and (2) within fourteen days following entry of an order by the Court pursuant to the PSLRA selecting Lead Plaintiff and appointing Lead Counsel, counsel for defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and defendants' response thereto.

The parties reserve all rights.  Thank you for your consideration.

WILMERHALE

Magistrate Judge Aaron
July 7, 2025
Page 3


Dated: July 7, 2025                         Respectfully Submitted,

*/s/ Thomas L. Laughlin*                     */s/ Michael G. Bongiorno*

Thomas L. Laughlin, IV (TL-4471975)         Michael G. Bongiorno (4347316)
Donald A. Broggi (DB-4784195)               Tamar Kaplan-Marans (4864385)
Kassandra A. Nelson (KN-5861059)            WILMER CUTLER PICKERING
Jonathan Zimmerman (*pro hac vice*              HALE AND DORR LLP
forthcoming)                                7 World Trade Center
Nicholas S. Bruno (NB-5953245)              250 Greenwich Street
SCOTT+SCOTT ATTORNEYS AT LAW LLP            New York, NY 10007
The Helmsley Building                       Tel.: (212) 230-8800
230 Park Avenue, 24th Floor                 Fax: (212) 230-8888
New York, NY 10169                          michael.bongiorno@wilmerhale.com
Tel.: (212) 223-6444                        tamar.kaplan-marans@wilmerhale.com
Fax: (212) 223-6334
tlaughlin@scott-scott.com
dbroggi@scott-scott.com                     Timothy J. Perla (4275178)
knelson@scott-scott.com                     WILMER CUTLER PICKERING
jzimmerman@scott-scott.com                      HALE AND DORR LLP
nbruno@scott-scott.com                      60 State Street
                                            Boston, MA 02109
                                            Tel: (617) 526-6000
*Counsel for Plaintiff Elevator Constructors*   Fax: (617) 526-5000
*Union Local No. 1 Annuity & 401(k) Fund*    timothy.perla@wilmerhale.com

                                            *Counsel for Defendants Reckitt Benckiser*
                                            *Group plc, Laxman Narasimhan, Kristoffer*
                                            *Loe Licht, Patrick Sly, and Jeffry Carr*