UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

ELEVATOR CONSTRUCTORS UNION : Civil Action No. 1:25-cv-04708-JPC-SDA
LOCAL NO. 1 ANNUITY & 401(K) FUND, :
on Behalf of Itself and All Others Similarly : CLASS ACTION
Situated, :
: DECLARATION OF CHAD JOHNSON IN
Plaintiff, : SUPPORT OF MOTION FOR
: APPOINTMENT AS LEAD PLAINTIFF
: AND APPROVAL OF LEAD PLAINTIFF'S
vs. : SELECTION OF LEAD COUNSEL
:
RECKITT BENCKISER GROUP PLC, :
LAXMAN NARASIMHAN, NICANDRO :
DURANTE, KRISTOFFER LOE LICHT, :
PATRICK SLY, and JEFFERY CARR, :
:
Defendants. :
:

———————————————————— x

4911-0307-1577.v1

I, CHAD JOHNSON, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  My full name is Christopher Chad Johnson.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund (the "Pension Fund") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on *Business Wire,* a national business-oriented wire service, on June 5, 2025;

Exhibit B:      The Pension Fund's Sworn Certification; and

Exhibit C:      Chart of the Pension Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of August, 2025.

*s/ Chad Johnson*
CHAD JOHNSON

4911-0307-1577.v1