**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELEVATOR CONSTRUCTORS UNION LOCAL NO. 1 ANNUITY & 401(K) FUND on Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>RECKITT BENCKISER GROUP PLC, LAXMAN NARASIMHAN, NICANDRO DURANTE, KRISTOFFER LOE LICHT, PATRICK SLY, and JEFFERY CARR,<br><br>        Defendants. | Civil Action No. 1:25-cv-4708-JPC-SDA<br><br>CLASS ACTION |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF MOTION BY ELEVATOR CONSTRUCTORS UNION LOCAL NO. 1 ANNUITY & 401(K) FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and Lead Plaintiff Movant Elevator Constructors Union Local No. 1 Annuity & 401(K) Fund (the "Fund" or "Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of its selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:      Notice published June 5, 2025, via *Business Wire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:      The Fund's Certification and Schedule A;

Exhibit C:      The Fund's Loss Chart; and

Exhibit D:      Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 4th day of August, 2025.

 *s*/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 *s/* Thomas L. Laughlin, IV
Thomas L. Laughlin, IV

2