# EXHIBIT A

6/5/25, 2:45 PM
Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Reckitt Benckiser Group PLC (OTC: RBGLY)

Case 1:25-cv-04708-JPC-SDA    Document 26-1    Filed 08/04/25    Page 2 of 4

Jun 5, 2025 12:08 PM Eastern Daylight Time

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Reckitt Benckiser Group PLC (OTC: RBGLY)

Share      · · ·

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the Southern District of New York against Reckitt Benckiser Group PLC ("Reckitt" or the "Company") (OTC: RBGLY), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired Reckitt American Depositary Shares ("ADSs") between January 13, 2021, and July 28, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Elevator Constructors Union Local No. 1 Annuity & 401(K) Fund v. Reckitt Benckiser Group PLC, et al.*, Case No. 1:25-cv-4708.

### LEAD PLAINTIFF DEADLINE ON AUGUST 4, 2025

Reckitt is a United Kingdom-based, global consumer goods company. To date, over 500 state and federal products liability lawsuits have been filed against Reckitt and its competitor, Abbott Laboratories ("Abbott"), claiming that they failed to adequately warn that premature infants consuming cow milk-based formulas, such as Reckitt's Enfamil and Abbott's Similac, have an increased risk of developing necrotizing enterocolitis ("NEC"), a life-threatening intestinal disease that affects premature or low birth weight infants.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants failed to warn investors and consumers: (1) that preterm infants were at an increased risk of developing NEC by consuming Reckitt's cow's milk-based formula, Enfamil; (2) of the attendant impact on Reckitt's sales of Enfamil and Reckitt's exposure to legal claims; and (3) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

The market began to learn the truth on March 15, 2024, when, in the case captioned *Watson vs. Mead Johnson Co.*, Case No. 21-L-1032 (Ill. Cir. Ct. Oct. 28, 2021), a jury in St. Clair County, Illinois, returned a $60 million verdict in the first NEC lawsuit to be tried to a verdict. The jury found that Mead Johnson was negligent and failed to warn the decedent's mother of the increased risk her preterm infant could develop NEC by consuming cow's milk-based formula. On this news, the price of the Company's ADSs fell $1.87, or nearly 14%, from a closing price of $13.31 per share on March 14, 2024, to a closing price of $11.44 per share on March 15, 2024.

Then, on July 29, 2024, the market continued to learn the truth when, in the case captioned *Gill v. Abbot Laboratories, Inc.*, Case No. 2322-CC1251 (Mo. Circ. Ct. Jun. 23, 2023), a jury in St. Louis, Missouri, concluded that Abbott's specialized formula for premature babies led to a baby developing NEC and awarded the plaintiff $495 million. On this news, the price of the Company's ADSs fell $1.02, or nearly 9%, from a closing price of $11.66 per share on July 28, 2024, to a closing price of $10.64 per share on July 29, 2024.

### LEAD PLAINTIFF DEADLINE ON AUGUST 4, 2025

If you purchased Reckitt ADSs during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Southern District of New York no later than August 4, 2025.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

If you wish to apply to be lead plaintiff, **please contact attorney Nicholas Bruno at (888) 398-9312 or at nbruno@scott-scott.com.**

## What Can You Do?

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott is an international law firm known for its expertise in representing corporate clients, institutional investors, businesses, and individuals harmed by anticompetitive conduct or other forms of wrongdoing, including securities law and shareholder violations. With more than 100 attorneys in eight offices in the United States, as well as three offices in Europe, our advocacy has resulted in significant monetary settlements on behalf of our clients, along with other forms of relief. Our highly experienced attorneys have been recognized for being among the top financial lawyers in 2024 by Lawdragon, WWL: Commercial Litigation 2024, and Legal 500 in Antitrust Civil Litigation, and have received top Chambers 2024 rankings. In addition, we have been repeatedly recognized by the American Antitrust Institute for the successful litigation of high-stakes anticompetitive claims in the United States.

To learn more about Scott+Scott, our attorneys, or complex case resolution, please visit www.scott-scott.com.

This may be considered Attorney Advertising.

## Contacts

**Nicholas S. Bruno**

**Scott+Scott Attorneys at Law LLP**

**230 Park Avenue, 24th Floor, New York, NY 10169**

**(888) 398-9312**

**nbruno@scott-scott.com**

**Industry:**        Class Action Lawsuit    Professional Services    Legal