# EXHIBIT B

**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Leonard Legotte, on behalf of Elevator Constructors Union Local No. 1 Annuity & 401(K) Fund (the "Fund"), herby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am the Co-Chair for the Board of Trustees of the Fund.  I am authorized to make legal decisions on behalf of the Fund.

2.      I have reviewed the Class Action Complaint in the first-filed action against Reckitt Benckiser Group PLC and certain of its officers (the "Complaint"), and authorize the filing of this Certification and a motion for appointment as Lead Plaintiff.

3.      The Fund is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4.      During the Class Period (as defined in the Complaint), the Fund purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5.      The Fund did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.      During the three-year period preceding the date on which this Certification is signed, the Fund has either served or sought to serve as a representative party on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act:

- *Pembroke Pines Firefighters & Police Officers Pensions Fund v. Integra LifeSciences Holdings Corp.*, No. 3:23-cv-20321 (D. N.J.)

7.      The Fund will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ____ day of July 2025.

**ELEVATOR CONSTRUCTORS UNION LOCAL NO. 1 ANNUITY & 401(K) FUND**

Leonard Legotte
Co-Chair for the Board of Trustees

# Schedule A

**RECKITT BENCKISER-SPON ADR**                                     **Ticker:** **RBGLY**    **Cusip:** **756255204**

Class Period: 01/13/2021 to 07/28/2024

**ELEVATOR CONSTRUCTORS UNION LOCAL NO. 1 ANNUITY & 401(K) FUND**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 7/7/2021 | 20,129 | $18.29 |
| | 7/8/2021 | 5,801 | $18.21 |
| | 6/1/2022 | 24,152 | $15.66 |
| | 6/2/2022 | 1,013 | $15.83 |
| | 10/6/2022 | 1,664 | $13.31 |
| | 10/26/2022 | 1,142 | $13.28 |
| | 11/8/2022 | 13,314 | $13.15 |
| | 12/7/2022 | 1,090 | $14.64 |
| | 12/22/2022 | 1,761 | $13.86 |
| | 1/19/2023 | 1,000 | $14.58 |
| | 1/20/2023 | 1,066 | $14.67 |
| | 2/9/2023 | 1,300 | $14.03 |
| | 2/10/2023 | 1,331 | $13.93 |
| | 6/13/2023 | 689 | $15.15 |
| | 6/30/2023 | 1,008 | $15.20 |
| | 7/3/2023 | 992 | $15.19 |
| | 8/15/2023 | 2,781 | $14.50 |
| | 11/6/2023 | 2,424 | $13.56 |
| | 11/21/2023 | 1,700 | $13.47 |
| | 3/4/2024 | 2,815 | $13.03 |
| | 3/5/2024 | 1,642 | $12.98 |
| | 3/6/2024 | 1,173 | $12.77 |
| | 3/28/2024 | 2,662 | $11.37 |
| | 4/11/2024 | 1,254 | $10.53 |

|  | | | |
|---|---|---|---|
|  | 7/5/2024 | 948 | $10.97 |
|  | 7/9/2024 | 1,942 | $10.95 |
|  | 7/26/2024 | 1,199 | $11.57 |
| **Sales:** | 1/14/2022 | 7,197 | $17.13 |
|  | 4/5/2022 | 47,464 | $15.68 |
|  | 6/23/2022 | 600 | $15.25 |
|  | 6/24/2022 | 599 | $15.52 |
|  | 3/16/2023 | 1,089 | $14.41 |
|  | 3/17/2023 | 1,089 | $14.31 |
|  | 3/20/2023 | 2,536 | $14.41 |
|  | 5/18/2023 | 1,220 | $16.27 |