# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 01/13/2021 to 07/28/2024**

**RECKITT BENCKISER-SPON ADR**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **RBGLY** | **756255204** | **B93K0B0** | **US7562552049** | **$11.77015** | **\*** |

**ELEVATOR CONSTRUCTORS UNION LOCAL NO. 1 ANNUITY & 401(K) FUND**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 7/7/2021 | 20,129 | $18.29 | -$368,060.78 |
| Purchase | 7/8/2021 | 5,801 | $18.21 | -$105,634.47 |
| Purchase | 6/1/2022 | 24,152 | $15.66 | -$378,324.15 |
| Purchase | 6/2/2022 | 1,013 | $15.83 | -$16,032.95 |
| Purchase | 10/6/2022 | 1,664 | $13.31 | -$22,152.50 |
| Purchase | 10/26/2022 | 1,142 | $13.28 | -$15,165.76 |
| Purchase | 11/8/2022 | 13,314 | $13.15 | -$175,067.12 |
| Purchase | 12/7/2022 | 1,090 | $14.64 | -$15,955.53 |
| Purchase | 12/22/2022 | 1,761 | $13.86 | -$24,407.46 |
| Purchase | 1/19/2023 | 1,000 | $14.58 | -$14,580.00 |
| Purchase | 1/20/2023 | 1,066 | $14.67 | -$15,638.22 |
| Purchase | 2/9/2023 | 1,300 | $14.03 | -$18,239.00 |
| Purchase | 2/10/2023 | 1,331 | $13.93 | -$18,540.83 |
| Purchase | 6/13/2023 | 689 | $15.15 | -$10,435.66 |
| Purchase | 6/30/2023 | 1,008 | $15.20 | -$15,322.61 |
| Purchase | 7/3/2023 | 992 | $15.19 | -$15,068.48 |
| Purchase | 8/15/2023 | 2,781 | $14.50 | -$40,327.28 |
| Purchase | 11/6/2023 | 2,424 | $13.56 | -$32,864.59 |
| Purchase | 11/21/2023 | 1,700 | $13.47 | -$22,894.92 |
| Purchase | 3/4/2024 | 2,815 | $13.03 | -$36,679.45 |
| Purchase | 3/5/2024 | 1,642 | $12.98 | -$21,313.16 |
| Purchase | 3/6/2024 | 1,173 | $12.77 | -$14,983.20 |
| Purchase | 3/28/2024 | 2,662 | $11.37 | -$30,266.94 |
| Purchase | 4/11/2024 | 1,254 | $10.53 | -$13,209.64 |
| Purchase | 7/5/2024 | 948 | $10.97 | -$10,399.56 |

| | | | | |
|---|---|---|---|---|
| Purchase | 7/9/2024 | 1,942 | $10.95 | -$21,264.90 |
| Purchase | 7/26/2024 | 1,199 | $11.57 | -$13,872.43 |
| **Class Period purchases:** | | **97,992** | | **-$1,486,701.58** |
| Sale | 1/14/2022 | 7,197 | $17.13 | $123,272.38 |
| Sale | 4/5/2022 | 47,464 | $15.68 | $293,776.53 ** |
| Sale | 6/23/2022 | 600 | $15.25 | $9,148.62 |
| Sale | 6/24/2022 | 599 | $15.52 | $9,295.52 |
| Sale | 3/16/2023 | 1,089 | $14.41 | $15,692.49 |
| Sale | 3/17/2023 | 1,089 | $14.31 | $15,586.86 |
| Sale | 3/20/2023 | 2,536 | $14.41 | $36,543.76 |
| Sale | 5/18/2023 | 1,220 | $16.27 | $19,849.40 |
| **Class Period sales (matched to Class Period purchases):** | | **33,063** | | **$523,165.55** |
| | LIFO Retained Purchases: 64,929 | | $11.77015 | $764,224.12 |

**\* Value of retained shares is the mean trading price from 07/29/2024 to 10/27/2024**          **LIFO Gain/(Loss):  -$199,311.91**

**\*\* These transactions reflect the sale of shares held before the start date of the Class Period.**
**The costs/proceeds from these transactions are not included in the loss analysis contained in this chart.**