UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund,<br><br>                                  Plaintiff,<br><br>           -against-<br><br>Reckitt Benckiser Group plc, et al.<br><br>                                  Defendants. | 1:25-cv-04708 (JPC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on June 5, 2025, this action was commenced asserting claims against Reckitt Benckiser Group PLC ("Reckitt") and certain of its officers and directors (collectively, the "Defendants") under Section 10(b) (and Rule 10b-5 promulgated thereunder) and Section 20(a) of the Securities Exchange Act of 1934, on behalf of all persons other than Defendants who purchased or otherwise acquired Reckitt American Depositary Shares between January 13, 2021, and July 28, 2024, inclusive, and were damaged thereby (the "Class") (Compl., ECF No. 1, ¶¶ 1, 46, 64-78); and

WHEREAS, on June 5, 2025, the same day this action was filed, a notice of pendency of the action (the "Notice") was published on *Business Wire*, a national newswire service, setting a deadline of August 4, 2025 for members of the Class to apply to be lead plaintiff (Ex. A to Johnson Decl., ECF No. 22-1; Ex. A to Laughlin Decl., ECF No. 26-1); and

WHEREAS, on August 4, 2025, New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund ("NYHTCHA Fund") timely filed a motion for appointment as lead plaintiff (NYHTCHA Fund Not. of Mot., ECF No. 20); and

WHEREAS, on August 4, 2025, Elevator Constructors Union Local No. 1 Annuity & 401(K) Fund ("ECU Fund") also timely filed a motion for appointment as lead plaintiff (ECU Fund Not. of Mot., ECF No. 23); and

WHEREAS, in its moving memorandum, the NYHTCHA Fund states that "[t]o the best of [its] counsel's knowledge, there are no other plaintiffs with a larger financial interest [than the NYHTCHA Fund]" (NYHTCHA Fund Mem., ECF No. 21, at 3); and

WHEREAS, in its moving memorandum, the ECU Fund states that "[t]o its knowledge, the [ECU] Fund is the Lead Plaintiff movant with the largest financial interest in the relief sought by the Class" (ECU Fund Mem., ECF No. 27, at 5); and

WHEREAS, under the Private Securities Litigation Reform Act of 1995, as amended, the court must "adopt a presumption that the most adequate plaintiff . . . is the person or group of persons that": (1) "has either filed the complaint or made a [timely] motion" to be appointed as lead plaintiff(s); (2) "in the determination of the court, has the largest financial interest in the relief sought by the class"; and (3) "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

NOW, THEREFORE, it is hereby ORDERED that, no later than August 18, 2025, each of the NYHTCHA Fund and the ECU Fund shall file a submission addressing which of the two has the largest financial interest in the relief sought by the Class, as well as whether the requirements of Rule 23 are otherwise satisfied as to each.

**SO ORDERED.**

Dated: New York, New York
August 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge

3