**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re RECKITT BENCKISER GROUP PLC SECURITIES LITIGATION | No. 1:25-cv-04708-JPC-SDA<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendants Reckitt Benckiser Group plc, Nicandro Durante, Laxman Narasimhan, Kristoffer Loe Licht, Patrick Sly, and Jeffrey Carr (together, "Defendants") in the above-captioned case, will move this Court, before the Honorable John P. Cronan, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended Complaint (ECF No. 44).

The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint.

Dated: December 19, 2025              Respectfully submitted


*/s/ Michael G. Bongiorno*
Michael G. Bongiorno
Tamar Kaplan-Marans
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 1007
212 230 8800 (t)
212 230 8888 (f)
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com

Timothy J. Perla
Erika M. Schutzman (*pro hac vice pending*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
617 526 6000 (t)
617 526 5000 (f)
timothy.perla@wilmerhale.com
erika.schutzman@wilmerhale.com

*Counsel for Defendants Reckitt Benckiser Group
plc, Nicandro Durante, Laxman Narasimhan,
Kristoffer Loe Licht, Patrick Sly, and Jeffrey Carr*