**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re RECKITT BENCKISER GROUP PLC SECURITIES LITIGATION | No. 1:25-cv-04708-JPC-SDA<br><br>CLASS ACTION |

**DECLARATION OF TIMOTHY J. PERLA IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Timothy J. Perla, hereby declare under penalty of perjury as follows:

1.     I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Reckitt Benckiser Group plc ("Reckitt"), Nicandro Durante, Laxman Narasimhan, Kristoffer Loe Licht, Patrick Sly, and Jeffrey Carr (collectively "Defendants") in the above-captioned action.

2.     I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the New York Bar.

3.     I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.

4.     I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint and Defendant Nicandro Durante's Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5).

1

**Reckitt Documents**

5.     Attached hereto as **Exhibit 1** is a true and correct copy of Reckitt's Annual Report and Accounts for the year ending December 31, 2020, cited at ¶¶ 92, 104, and 144–45 of the Amended Complaint for Violations of the Federal Securities Laws (the "Complaint").

6.     Attached hereto as **Exhibit 2** is a true and correct copy of Reckitt's Annual Report and Accounts for the year ending December 31, 2021, cited at ¶¶ 26, 107, 113-14, 116, 127, 136, 144–46, 173, and 177–80 of the Complaint.

7.     Attached hereto as **Exhibit 3** is a true and correct copy of Reckitt's Annual Report and Accounts for the year ending December 31, 2022, cited at ¶¶ 26, 119, 128, 138, 149, 180, 183-84, and 187 of the Complaint.

8.     Attached hereto as **Exhibit 4** is a true and correct copy of Reckitt's Annual Report and Accounts for the year ending December 31, 2023, cited at ¶¶ 26, 111, 123, 151, 165, 175, and 185 of the Complaint.

9.     Attached hereto as **Exhibit 5** is a true and correct copy of Amendment No. 1 to the Amended and Restated Deposit Agreement and the Amended and Restated Deposit Agreement for Reckitt's American Depository Shares ("ADS"), cited at ¶ 13 of the Complaint.

10.     Attached hereto as **Exhibit 6** is a true and correct copy of Reckitt Benckiser Group plc's *Policy and Procedures on the Marketing of Breast-Milk Substitutes*, effective April 2018, and cited at ¶ 174 of the Complaint.

**Scientific Literature Cited in the Complaint**

11.     Attached hereto as **Exhibit 7** is a true and correct copy of an article by Willemijm Corpeleijn, et al., titled "Effect of Donor Milk on Severe Infections and Mortality in Very Low

Birth Wight Infants: The Early Nutrition Study Randomized Clinical Trial," published May 2, 2016, in *JAMA Pediatrics*, and cited at ¶ 73 of the Complaint.

12.    Attached hereto as **Exhibit 8** is a true and correct copy of an article by M. Assad, et al., titled "Decreased Cost and Improved Feeding Tolerance in VLBW Infants Fed an Exclusive Human Milk Diet," published November 12, 2015, in the *Journal of Perinatology*, and cited at ¶ 43 of the Complaint.

13.    Attached hereto as **Exhibit 9** is a true and correct copy of an article by Steven Abrams, et al., titled "Greater Mortality and Morbidity in Extremely Preterm Infants Fed a Diet Containing Cow Milk Protein Products," published June 26, 2014, in *Breastfeeding Medicine*, and cited at ¶ 42 of the Complaint.

14.    Attached hereto as **Exhibit 10** is a true and correct copy of an article by Jonathan Swanson, et al., titled "Implementing an Exclusive Human Milk Diet for Preterm Infants: Real-World Experience in Diverse NICUs," published May 12, 2023, in *BMC Pediatrics*, and cited at ¶ 50 of the Complaint.

15.    Attached hereto as **Exhibit 11** is a true and correct copy of an article by Phillip Gordon and Jonathan Swanson, titled "Necrotizing Entercolitis is One Disease With Many Origins and Potential Means of Prevention," published December 23, 2013, in *Pathophysiology*, and cited at ¶ 49 of the Complaint.

16.    Attached hereto as **Exhibit 12** is a true and correct copy of an article by A. Lucas, et al., titled "Breast Milk and Neonatal Necrotising Entercolitis," published December 22, 1990, in *The Lancelot*, and cited at ¶ 38 of the Complaint.

17.    Attached hereto as **Exhibit 13** is a true and correct copy of an article by J. Meinzen-Derr, et al., titled "Role of Human Milk in Extremely Low Birth Weight Infants' Risk of

Necrotizing Entercolitis or Death," published August 21, 2008, in the *Journal of Perinatology*, and cited at ¶ 40 of the Complaint.

18.     Attached hereto as **Exhibit 14** is a true and correct copy of an article by Sandra Sullivan, et al., titled "An Exclusively Human Milk-Based Diet is Associated With a Lower Rate of Necrotizing Enterocolitis Than a Diet of Human Milk and Bovine Milk-Based Products," published December 29, 2009, in *The Journal of Pediatrics*, and cited at ¶ 54 of the Complaint.

### Federal Agency Documents

19.     Attached hereto as **Exhibit 15** is a true and correct copy of a Consensus Statement jointly issued by the Food and Drug Administration ("FDA"), Centers for Disease Control and Prevention ("CDC"), and National Institutes of Health ("NIH"), titled "FDA, CDC, NIH Consensus Statement on Recent Advisory Council Report on Premature Infants and Necrotizing Enterocolitis: Report Indicates Benefits of Human Milk in Protecting Against NEC and No Conclusive Evidence that Preterm Infant Formulas Cause NEC," dated October 3, 2024, and publicly available on the U.S. Department of Health and Human Services' ("HHS") website at https://perma.cc/BK33-BM7B.

20.     Attached hereto as **Exhibit 16** is a true and correct copy of the CDC's National Center for Health Statistics' "FastStats" webpage, titled "Birthweight and Gestation," which is publicly available on the CDC's website at https://www.cdc.gov/nchs/fastats/birthweight.htm.

21.     Attached hereto as **Exhibit 17** is a true and correct copy of a Report to the Secretary, Department of HHS, from the Necrotizing Enterocolitis (NEC) in Preterm Infants Working Group of the National Advisory Council of Child Health and Human Development (NACHHD), dated September 16, 2024, and publicly available at the NIH website at

https://www.nichd.nih.gov/sites/default/files/inline-files/2024.09.16_NEC_WG_report_

FINAL.pdf.

**Litigation Documents from the *Watson* Case**

22.      Attached hereto as **Exhibit 18** is a true and correct copy of an amicus curiae brief filed by the American Academy of Pediatrics ("AAP") and the Illinois Chapter of the AAP on March 25, 2025, in the appellate proceeding captioned *Watson v. Mead Johnson Co.*, No. 5-24-0936 (Ill. App. Ct. 5th Dist. 2025).

23.      Attached hereto as **Exhibit 19** is a true and correct copy of a presentation by Dr. Christina Valentine, titled "Pasteurized Donor Milk as an Adjunct to Treatments in the Neonatal Intensive Care Unit," dated 2010, entered as PX-0036 in the *Watson* litigation, and cited at ¶ 53 of the Complaint.

24.      Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt of the transcript of the trial testimony of Dr. Brian Sims from the *Watson* litigation, dated February 27, 2024, and cited at ¶¶ 46 and 100 of the Complaint.

25.      Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt of the transcript of the trial testimony of Dr. Jonathan Swanson from the *Watson* litigation, dated March 4, 2024, and cited at ¶¶ 33, 47–48, 80–81, 84, and 100 of the Complaint.


I declare under penalty of perjury that the foregoing is true and correct.   Executed this 19th day of December, 2025 in Boston, Massachusetts.


*/s/ Timothy J. Perla*
Timothy J. Perla


5