**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re RECKITT BENCKISER GROUP PLC SECURITIES LITIGATION | No. 1:25-cv-04708-JPC-SDA<br><br>CLASS ACTION |

**DEFENDANTS' RULE 44.1 NOTICE OF INTENTION TO**
**RELY UPON FOREIGN LAW**

PLEASE TAKE NOTICE that Defendants Reckitt Benckiser Group plc, Nicandro Durante, Laxman Narasimhan, Kristoffer Loe Licht, Patrick Sly, and Jeffrey Carr (collectively, "Defendants") in the above-captioned case intend to raise issues of English law in support of their Motion to Dismiss the Amended Complaint, filed contemporaneously.

Dated: December 19, 2025

Respectfully submitted

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno
Tamar Kaplan-Marans
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 1007
212 230 8800 (t)
212 230 8888 (f)
michael.bongiorno@wilmerhale.com
tamar.kaplan-marans@wilmerhale.com

Timothy J. Perla
Erika M. Schutzman (*pro hac vice pending*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
617 526 6000 (t)
617 526 5000 (f)
timothy.perla@wilmerhale.com
erika.schutzman@wilmerhale.com

*Counsel for Defendants Reckitt Benckiser Group
plc, Nicandro Durante, Laxman Narasimhan,
Kristoffer Loe Licht, Patrick Sly, and Jeffrey Carr*