WILMERHALE

December 19, 2025

**Michael G. Bongiorno**

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

**Via ECF**

The Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: ***In re Reckitt Benckiser Group plc Securities Litigation***, **No.1:25-cv-04708-JPC-SDA (S.D.N.Y)**

Dear Judge Cronan:

We represent Defendants Reckitt Benckiser Group plc, Nicandro Durante, Laxman Narasimhan, Kristoffer Loe Licht, Patrick Sly, and Jeffrey Carr (together, "Defendants") in this matter and write pursuant to Your Honor's Individual Practice Rules in Civil Cases Rule 12 (C) to respectfully request oral argument on Defendants' Motion to Dismiss the Amended Complaint, which is being filed simultaneously with this letter. Defendants believe that oral argument will aid the Court in its disposition of their Motion to Dismiss.

Thank you for your consideration.

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno