**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re RECKITT BENCKISER GROUP PLC SECURITIES LITIGATION | No. 1:25-cv-04708-JPC-SDA <br><br> CLASS ACTION <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT NICANDRO DURANTE'S MOTION TO DISMISS**
**THE AMENDED COMPLAINT PURSUANT TO**
**FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(5)**

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant Nicandro Durante in the above referenced matter will move this Court, before the Honorable John P. Cronan, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure dismissing with prejudice the claims against Mr. Durante pled in the Amended Complaint (ECF No. 44).

The grounds for this motion are set forth in Defendant Nicandro Durante's Memorandum of Law in Support of his Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), filed concurrently with this Motion.

Dated: December 19, 2025                    Respectfully submitted


                                            */s/ Michael G. Bongiorno*
                                            Michael G. Bongiorno
                                            Tamar Kaplan-Marans
                                            **WILMER CUTLER PICKERING
                                            HALE AND DORR LLP**
                                            7 World Trade Center
                                            250 Greenwich Street
                                            New York, New York 1007
                                            212 230 8800 (t)
                                            212 230 8888 (f)
                                            michael.bongiorno@wilmerhale.com
                                            tamar.kaplan-marans@wilmerhale.com

                                            Timothy J. Perla
                                            Erika M. Schutzman (*pro hac vice pending*)
                                            **WILMER CUTLER PICKERING
                                            HALE AND DORR LLP**
                                            60 State Street
                                            Boston, MA 02109
                                            617 526 6000 (t)
                                            617 526 5000 (f)
                                            timothy.perla@wilmerhale.com
                                            erika.schutzman@wilmerhale.com

                                            *Counsel for Defendant Nicandro Durante*