**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re RECKITT BENCKISER GROUP PLC SECURITIES LITIGATION | No. 1:25-cv-04708-JPC-SDA <br><br> CLASS ACTION |

## DECLARATION OF NICANDRO DURANTE IN SUPPORT OF MOTION TO DISMISS

I, Nicandro Durante, make this declaration pursuant to 28 U.S.C. § 1756 in support of my Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5). I hereby declare as follows:

1.       I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein. If called as a witness, I could and would competently testify thereto.

2.       I was formerly a Senior Independent Director of Reckitt Benckiser Group plc ("Reckitt") from January 2019 to October 2022, and employed by Reckitt as Chief Executive Officer ("CEO") from October 2022 through September 2023. I retired from the Reckitt board on December 31, 2023.

3.       I am a citizen of Brazil. I currently reside in Brazil.

4.       I have not been served a complaint in the above-captioned action. I also have not waived or otherwise accepted service of a complaint in the above-captioned action.

5.       Reckitt is incorporated in the United Kingdom and maintains its headquarters in Slough, England.

6.       While I served on the board and as CEO of Reckitt, Reckitt's practice was to publish most of its public statements, such as its annual reports, from England.

7.      I participated as CEO in Reckitt's April 26, 2023 trading update call.  I also was serving as CEO on May 15, 2023 when Reckitt issued its 2022 annual report.  To the best of my recollection, neither the April 26, 2023 trading update call nor the 2022 annual report targeted investors in the United States.

8.      Reckitt's ordinary shares trade on the London Stock Exchange.

9.      While Reckitt has sponsored American Depository Shares ("ADSs"), the ADSs trade on the "over-the-counter" market rather than on a U.S. exchange.  During my tenure at Reckitt, Reckitt did not issue securities in the United States and therefore was not registered with the U.S. Securities and Exchange Commission as an issuer.  I am not aware of Reckitt issuing securities in the United States after I retired from the Board.

[Remainder of page left intentionally blank.]

I, Nicandro Durante, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16 th day of December, 2025 in Rio de Janeiro, Brazil

Nicandro Durante