WILMERHALE

December 19, 2025

**Michael G. Bongiorno**

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

**Via ECF**

The Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:  ***In re Reckitt Benckiser Group plc Securities Litigation*, No.1:25-cv-04708-JPC-SDA
    (S.D.N.Y)**

Dear Judge Cronan:

    We represent Defendant Nicandro Durante in this matter and write pursuant to Your Honor's Individual Practice Rules in Civil Cases Rule 12 (C) to respectfully request oral argument on Defendant Nicandro Durante's Motion to Dismiss the Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), which is being filed simultaneously with this letter. Mr. Durante believes that oral argument will aid the Court in its disposition of his Motion to Dismiss.

Thank you for your consideration.

Respectfully submitted,

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington