UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

In re RECKITT BENCKISER GROUP PLC  : Civil Action No. 1:25-cv-04708-JPC-SDA
SECURITIES LITIGATION              :
                                   : <u>CLASS ACTION</u>
                                   :
                                   : ORDER GRANTING MOTION FOR
                                   : LEAVE TO WITHDRAW
———————————————————— x APPEARANCE AS COUNSEL

- 1 -

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Christopher Chad Johnson, Noam Mandel, Desiree Cummings, Jonathan Zweig, and Jai Chandrasekhar of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record.  The Clerk of the Court is directed to remove the above-named attorneys from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED:  December 30, 2025

_____
THE HONORABLE STEWART D. AARON
UNITED STATES  JUDGE