**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Alan I. Ellman
aellman@rgrdlaw.com

February 17, 2026

<u>VIA ECF</u>

The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

  Re: *In re Reckitt Benckiser Group plc Securities Litigation*,
    <u>No. 1:25-cv-04708-JPC-SDA (S.D.N.Y.)</u>

Dear Judge Cronan:

  We represent Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and Plaintiffs New York State Teamsters Conference Pension and Retirement Fund and New York State Teamsters Council Health and Hospital Fund (collectively, "Plaintiffs"). Pursuant to Rule 6.C. of Your Honor's Individual Rules and Practices in Civil Cases, we respectfully request oral argument on Plaintiffs' Opposition to Defendant Nicandro Durante's Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) (ECF No. 56), which is being filed simultaneously with this letter.

      Respectfully submitted,

      */s/ Alan I. Ellman*

      ALAN I. ELLMAN

cc: All Counsel of Record (via ECF)

58 South Service Road, Suite 200 Melville, NY 11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com