UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                                        :   Civil Action No. 1:25-cv-04708-JPC-SDA
In re RECKITT BENCKISER GROUP PLC        :
SECURITIES LITIGATION                    :   CLASS ACTION
                                        :
———————————————————— x

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT OF PLAINTIFFS'
MEMORANDA OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO
DISMISS THE AMENDED COMPLAINT**

I, Alan I. Ellman, declare under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1.      I am a member of the Bar of the State of New York.  I am a partner in the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and Plaintiffs New York State Teamsters Conference Pension and Retirement Fund and New York State Teamsters Council Health and Hospital Fund (collectively, "Plaintiffs").  I respectfully submit this Declaration in Support of Plaintiffs' Memoranda of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint.

2.      In August 2025, and again between November 2025 and January 2026, Plaintiffs engaged internal and external investigators to locate Nicandro Durante's ("Durante") residential address in Brazil.  The investigators reviewed publicly accessible records and sources.

3.      On January 23, 2026, the investigators identified Durante's residential address in Rio de Janeiro, Brazil.

4.      Upon ascertaining Durante's residential address, Plaintiffs promptly prepared a summons including Durante's residential address, and on January 26, 2026, submitted it to the Court for signature and issuance.

5.      The Court issued the summons on January 27, 2026.  That same day, Plaintiffs engaged Civil Action Group, an international service processor, to translate the summons, Amended Complaint, and Notice of Appearance of Alan Ellman into Portuguese, and submit these documents in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention").

6.      On February 16, 2026, Civil Action Group submitted these documents for service through the Hague Convention, so that they may be served on Durante in Brazil.

7.      New York Hotel Trades Council is headquartered in Manhattan, New York.  The New York State Teamsters Funds are headquartered in Syracuse, New York.

8.      Almost every witness that testified during the trial in the action *Watson v. Mead Johnson Co.*, Docket No. 21-L-1032-PF (Ill. Cir. Ct. St. Clair Cnty. Oct. 28, 2021) resides in the United States.

9.      Three of the Individual Defendants—Laxman Narasimhan, Kristoffer Loe Licht, and Patrick Sly—reside in the United States.

10.      Mead Johnson & Company, LLC, Reckitt's subsidiary, is headquartered in Chicago, Illinois.

11.      Attached hereto as **Exhibit 1** is a true and correct copy of Reckitt Benckiser Group plc's ("Reckitt" or the "Company") Form F-6 Registration Statement, filed with the Securities and Exchange Commission ("SEC") on October 10, 2008.

12.      Attached hereto as **Exhibit 2** is a true and correct copy of Reckitt's Form F-6 Registration Statement, filed with the SEC on October 29, 2008.

13.      Attached hereto as **Exhibit 3** is a true and correct copy of Reckitt's Form F-6 Registration Statement, filed with the SEC on December 16, 2008.

14.　　Attached hereto as **Exhibit 4** is a true and correct copy of Reckitt's Form F-6 Registration Statement, filed with the SEC on November 23, 2012.

15.　　Attached hereto as **Exhibit 5** is a true and correct copy of Reckitt's Form of Deposit Agreement that was attached as Exhibit (a) to the Company's Form F-6 Registration Statement filed with the SEC on November 23, 2012.

16.　　Attached hereto as **Exhibit 6** is a true and correct copy of Reckitt's Form F-6 Registration Statement, signed by Durante in his role as non-executive director, filed with the SEC on February 15, 2018.

17.　　Attached hereto as **Exhibit 7** is a true and correct copy of Reckitt's Post-Effective Amendment No. 1, signed by Durante in his role as non-executive director, to the Company's Form F-6 Registration Statement, filed with the SEC on May 21, 2018.

18.　　Attached hereto as **Exhibit 8** is a true and correct copy of Reckitt's Form of Amended and Restated Deposit Agreement that was attached as Exhibit (a) to the Company's Post-Effective Amendment No. 1 to its Form F-6 Registration Statement, filed with the SEC on May 21, 2018.

19.　　Attached hereto as **Exhibit 9** is a true and correct copy of Reckitt's Form F-6 Registration Statement, signed by Durante in his role as non-executive director, filed with the SEC on September 25, 2020.

20.　　Attached hereto as **Exhibit 10** is a true and correct copy of Reckitt's Form of Amended and Restated Deposit Agreement that was attached as Exhibit (a) to the Company's Form F-6 Registration Statement, filed with the SEC on September 25, 2020.

21.　　Attached hereto as **Exhibit 11** is a true and correct copy of excerpted portions of Reckitt's 2020 Annual Report.

22.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpted portions of Reckitt's 2021 Annual Report.

23.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpted portions of Reckitt's 2022 Annual Report.

24.     Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiffs' correspondence with Durante's counsel regarding its attempt to serve Durante via Reckitt's agent for service of process.

25.     Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiffs' correspondence with Durante's counsel in which Plaintiffs emailed a copy of the Amended Complaint and waiver of service and requested that Durante's counsel return the waiver or confirm that it lacks authority to do so.

26.     Attached hereto at **Exhibit 16** is a true and correct copy of Plaintiffs' cover letter to Civil Action Group, in which Plaintiffs requested that Civil Action Group translate and submit the summons, Amended Complaint, and Notice of Appearance of Alan Ellman through the Hague Convention.

27.     Attached hereto as **Exhibit 17** is a true and correct copy of the documentation submitted to serve Durante through the Hague Convention, which includes: (1) the summons for Durante; (2) the Amended Complaint for Violations of the Federal Securities Laws; and (3) the Notice of Appearance of Alan Ellman, all translated into Portuguese.

28.     Attached hereto as **Exhibit 18** is a true and correct copy of the receipt Plaintiffs received from Civil Action Group, confirming that the necessary documents for service were submitted.

29.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpted portions of Volume 7 of the trial transcript from action *Watson v. Mead Johnson Co.*, Docket No. 21-L-1032-PF (Ill. Cir. Ct. St. Clair Cnty. Oct. 28, 2021).

30.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpted portions of Volume 8 of the trial transcript from the *Watson v. Mead Johnson Co*. action.

31.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpted portions of Volume 10 of the trial transcript from the *Watson v. Mead Johnson Co*. action.

32.     Attached hereto as **Exhibit 22** is a true and correct copy of excerpted portions of Volume 11 of the trial transcript from the *Watson v. Mead Johnson Co*. action.

33.     Attached hereto as **Exhibit 23** is a true and correct copy of the summary judgment Memorandum Opinion and Order from *Brown v. Abbott Labs.*, No. 1:22-cv-2001 (N.D. Ill. Oct. 23, 2025).

34.     Attached hereto as **Exhibit 24** is a true and correct copy of the summary judgment Memorandum Opinion and Order from *Diggs v. Abbott Labs.*, No. 1:22-cv-05356 (N.D. Ill. Aug. 14, 2025).

35.     Attached hereto at **Exhibit 25** is a true and correct copy of Reckitt's announcement on March 15, 2024, via the London Stock Exchange's Regulatory News Service, of the *Watson v. Mead Johnson Co.* verdict.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 17, 2026, at Melville, New York.

*/s/ Alan I. Ellman*
ALAN I. ELLMAN