**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re RECKITT BENCKISER GROUP PLC SECURITIES LITIGATION | No. 1:25-cv-04708-JPC-SDA<br><br>CLASS ACTION |

**DECLARATION OF TIMOTHY J. PERLA IN SUPPORT OF DEFENDANTS'**
**REPLY IN SUPPORT OF THEIR**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Timothy J. Perla, hereby declare under penalty of perjury as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Reckitt Benckiser Group plc ("Reckitt"), Nicandro Durante, Laxman Narasimhan, Kristoffer Loe Licht, Patrick Sly, and Jeffrey Carr (collectively "Defendants") in the above-captioned action.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the New York Bar.

3. I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein. If called as a witness, I could and would competently testify thereto.

4. I respectfully submit this Declaration in support of Defendants' Reply in Support of Their Motion to Dismiss the Amended Complaint.

5. Attached hereto as **Exhibit 22** is a true and correct copy of an excerpt of the transcript of the trial testimony of Dr. Christina Valentine from the case captioned *Watson v. Mead Johnson Co.*, No. 5-24-0936 (Ill. App. Ct. 5th Dist. 2025), dated February 29, 2024, and cited at ¶¶ 53-54, 69-71, 76-78, 125, and 188 of the Complaint.

1

6.      Attached hereto as **Exhibit 23** is a true and correct copy of an excerpt of the transcript of the trial testimony of Robert Cleveland from the *Watson* case, dated March 6, 2024, and cited at ¶¶ 60 and 79 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of March, 2026 in Boston, Massachusetts.

/s/ Timothy J. Perla
Timothy J. Perla

2