**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re RECKITT BENCKISER GROUP PLC SECURITIES LITIGATION | No. 1:25-cv-04708-JPC-SDA<br><br>CLASS ACTION |

**ORDER REGARDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

WHEREAS, on September 18, 2026, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund, Plaintiff New York State Teamsters Conference Pension and Retirement Fund, and Plaintiff New York State Teamsters Council Health and Hospital Fund (collectively, "Plaintiffs") filed the Second Amended Complaint for Violations of the Federal Securities Laws naming as defendants Reckitt Benckiser Group plc, Laxman Narasimhan, Kristoffer Loe Licht, Patrick Sly, Jeffrey Carr, Nicandro Durante, and Susan Sholtis (collectively, "Defendants"), ECF No. 90 ("Second Amended Complaint");

WHEREAS, the briefing schedule for Defendants' forthcoming motion to dismiss the Second Amended Complaint was previously set by the Court for all defendants but Ms. Sholtis, ECF No. 89;

WHEREAS, on October 20, 2026, Plaintiffs filed a motion for alternative service of Mr. Durante, ECF No. 95;

WHEREAS, counsel to Ms. Sholtis and Mr. Durante has agreed to accept service of the Second Amended Complaint;

WHEREAS, the Parties have agreed upon a modest modification to the existing briefing schedule for the forthcoming motion to dismiss;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Ms. Sholtis and Mr. Durante have accepted service of the Second Amended Complaint. By agreeing to accept service of the Second Amended Complaint, they do not waive any rights, defenses, or arguments with the sole exception of arguments based on insufficient service of process. Ms. Sholtis and Mr. Durante shall not be required to move for dismissal, answer, or otherwise respond to the Second Amended Complaint other than in accordance with the schedule set forth herein.

2. Plaintiffs' motion for alternative service, ECF No. 95, is denied as moot. The deadlines associated with Plaintiffs' motion for alternative service, ECF No. 94, are vacated.

3. Defendants shall move to dismiss the Second Amended Complaint on November 30, 2026.

4. The deadline for Plaintiffs to file a brief in opposition thereto shall be February 1, 2027.

5. The deadline for Defendants to file a reply brief in further support of any motion to dismiss shall be March 4, 2027.

6. The Parties reserve, and expressly do not waive, any rights, defenses, objections, or arguments not specifically addressed herein.

DATED: November 2, 2026

THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 95 and 100.